# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 96 WAL 2016
  :
                Respondent   :
  :
  :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court
          v.   :
  :
  :
  :
DARYL PROVANCE,   :
  :
                Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.